IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 09-cr-00529-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

PHILIP R. LOCHMILLER, SR.,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED:   December 18, 2009

      Arraignment & Discovery Conference set for December 22, 2009 at 2:00 p.m. is

**VACATED** and rescheduled to December 22, 2009 at **11:00 a.m.**

## Certificate of Mailing

   I hereby certify that on December 18, 2009, a true and correct copy of the foregoing Minute Order was placed in the U.S. District Court CM-ECF, U. S. Mail, postage prepaid, sent by facsimile, or hand delivered, as indicated, to the following:

Wyatt Angelo  
Michelle Heldmyer  
Assistant United States Attorneys  
400 Rood Avenue, Suite 220  
Grand Junction, CO 81502  

*Hand Delivered*

Philip R. Lochmiller, Sr.  
1010 Q 3/4 Road  
Mack, CO 81525  

*By U.S. Mail*

**By:**_____  
  **Assistant to Magistrate Judge**