IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 09-cr-00529-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PHILIP R. LOCHMILLER, SR.,

    Defendant.

## MINUTE ORDER SETTING RE-ARRAIGNMENT
## ON SUPERSEDING INDICTMENT

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:   January 25, 2011**

This matter is set before Magistrate Judge Gudrun J. Rice on February 08, 2011 at 2:00 p.m. in the U.S. District Court in Grand Junction, Colorado for rearraignment on the superceding indictment as to Philip Lochmiller, Sr., which superceding indictment was filed with the Court on October 18, 2010.