IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00529-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PHILIP R. LOCHMILLER,
    a/k/a Philip R. Lochmiller, Sr.,

    Defendant.

_____

**ORDER**
_____

    It is ORDERED that the United States' trial subpoenas for the February 28, 2011 trial are continued to the July 5, 2011 trial date.

    DATED March 4, 2011.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge