FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 2, 2013**

———————————————

Elisabeth A. Shumaker
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 12-1097 |
| PHILIP R. LOCHMILLER, a/k/a Philip R. Lochmiller, Sr., | |
| Defendant - Appellant. | |

———————————————

**ORDER**

———————————————

Before **BRISCOE**, Chief Judge, **HOLLOWAY**, and **TYMKOVICH**, Circuit Judges.

———————————————

This matter is before the court on attorney Paula M. Ray's motion to withdraw as counsel for the appellant. The motion is granted. Paula M. Ray shall be removed as counsel of record.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk